Dismissed and Memorandum Opinion filed January 15, 2004









Dismissed and Memorandum Opinion filed January 15,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01388-CR

____________

 

ALONZO LEWIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County, Texas

Trial Court Cause No. 950,078

 



 

M E M O R A N D U M  
O P I N I O N

After a plea of guilty, appellant was convicted of the
offense of aggravated assault and sentenced on October 9, 2003, to 6 years= incarceration in the the Texas Department of Criminal Justice, Institutional
Division and a fine of $5,000.00.  No
timely motion for new trial was filed. 
Appellant=s notice of appeal was not filed until December 8, 2003.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 15, 2004.

Panel consists of Justices Yates,
Hudson, and Fowler.

Do Not Publish C Tex. R.
App. P. 47.2(b).